# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 APR -6  AM 11: 09

CLERK_____
SO. DIST. OF GA.

DANNY D. IRICK,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Movant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No.　CV608-099
　　　　　　　　　　　　　　　　　)　　　　　　　CR608-001
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　　)

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _6th_ day of _April_, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA